# EXHIBIT 1

**Fitzgerald Auto Malls Incident Notice**



Hide Details

From: Fitzgerald Auto Malls Incident Notice [FitzgeraldAutoMallsNotice@bm.cybersvcout.com]
To:
Date: Apr 15, 8:16 PM

## Important Information Please Review Carefully

no-reply



**IMPORTANT INFORMATION PLEASE REVIEW CAREFULLY**

Dear PHILLIP LAMB:

The privacy and security of the personal information we maintain is of the utmost importance to us. We are writing to provide you with information regarding a cybersecurity incident that impacted and potentially involved your personal information. Please read this notice carefully, as it provides information about the incident and the significant measures we take to protect your information.

**What Happened?**
On or about February 4, 2024, Fitzgerald Auto Malls detected unauthorized access to our network as a result of a cybersecurity incident that resulted in the exposure of the data we maintain.

**What We Are Doing.**
Upon learning of the incident, we immediately took steps to secure our network and mitigate against any additional harm. We promptly launched an investigation assisted by external cybersecurity professionals experienced in handling these types of incidents. Our forensic investigation determined that data may have been accessed or acquired by the unauthorized party. We conducted a thorough manual review of the data potentially contained on the impacted servers. After extensive efforts to identify, review, and analyze the potentially impacted data, on March 28, 2025, we determined that the impacted files contained your personal information.

While cybersecurity threats continue to impact all of us, we are taking ever-increasing measures to protect the information entrusted to us. We continually evaluate and modify our practices and internal controls to enhance the security and privacy of your personal information. In response to this incident and through our continuing comprehensive review, we have strengthened our network and implemented additional security improvements recommended by third-party cyber security experts.

**What Information Was Involved?**
The information that may have been accessed or acquired contained some of your personal information, including your name and drivers license or state issued identification number.

**What You Can Do.**
We have no evidence directly linking this incident to specific incidents of financial fraud or identity theft. However, we encourage impacted individuals to take actions to help protect their personal information. This letter also provides precautionary measures you can take to protect your personal information, including placing a Fraud Alert and Security Freeze on your credit files, and obtaining a free credit report. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis.

**For More Information.**
If you have questions, please contact our dedicated and confidential call center at 1-833-998-5864. The response line is available for 90 days from the date of this letter, between the hours of 8:00 a.m. to 8:00 p.m. Eastern time, Monday through Friday, excluding holidays.

We apologize for any inconvenience or concern this may cause. We have taken this matter very seriously and will continue to take significant measures to protect the personal information in our possession.

Sincerely,

Fitzgerald Auto Malls