UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

*Phillip Lamb, individually and on behalf of others similarly situated*

        *Plaintiffs*

        *VS.*        Case No.: 8:25-cv-01508

*J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*

        *Defendant*

### AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint - Class Action in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/22/2025 at 12:52 PM, I served J.J.F Management Services, Inc., c/o CSC - Lawyers Incorporating Service Company, Resident Agent at 7 Saint Paul Street, Suite 820, Baltimore, Maryland 21202 with the Summons and Complaint - Class Action by serving a Legal Representative authorized to accept service on behalf of CSC - Lawyers Incorporating Service Company.

Legal Representative is described herein as:

Gender: Female    Ethnicity: Black    Age: 55    Weight: 160    Height: 5'7"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/22/2025

*(signature)*

Vincent Piazza

*Client Ref Number: 250428119319*
*Job #:13359097*