**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PHILLIP LAMB

**Plaintiff,**

\*

\*

**v.**

\*

J.J.F. Management Services, Inc.

\*

**Defendant.**

\*

Case No. 8:25-cv-01508-PX

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff Phillip Lamb

I certify that I am admitted to practice in this Court.

May 23, 2025

Date

*Zachary C. Howerton*
Signature

Zachary E. Howerton (Bar No. 20688)

Printed name and bar number
**Milberg Coleman Bryson Phillips Grossman, PLLC**
223 Duke of Gloucester Street
Annapolis, MD 21401
Address

zhowerton@milberg.com

Email address

(410) 269-6620

Telephone number

(410) 269-1235

Fax number

EntryofAppearanceCivil (08/2015)